# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MICHELLE LEE

## DEFENDANTS
NORTH COUNTY FAIR, L.P., et seq (see attached caption)

**(b)** County of Residence of First Listed Plaintiff: RIVERSIDE, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: LOS ANGELES, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
ANDREW R. STILWELL (CBN: 229469) - LEGAL RIGHTS PROJECT
8880 RIO SAN DIEGO DRIVE, 8TH FL, SAN DIEGO, CA 92108
(858) 879-2066

Attorneys *(If Known)*
UNKNOWN

'18CV1920 MMA NLS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 12182

Brief description of cause:
Violation of the American's with Disabilities Act and California Unruh Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 954,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 08/17/2018

SIGNATURE OF ATTORNEY OF RECORD
/s/ Andrew R. Stilwell

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

THE LEGAL RIGHTS PROJECT
Andrew R. Stilwell (CBN: 229469)
*LegalRightsProject@gmail.com*
8880 Rio San Diego Drive, 8th Floor
San Diego, CA 92108
(858) 879-2066

Attorneys for Plaintiff,
   MICHELLE LEE

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE,<br><br>         Plaintiff,<br><br> vs.<br><br>NORTH COUNTY FAIR L.P., a Delaware limited partnership; WESTFIELD AMERICA GP, LLC, a Delaware limited liability company; CUSTOMIZED TEEZ SD, a California corporation, doing business as Customized Teez; THE WALKING COMPANY HOLDINGS, INC., a Delaware corporation, doing business as The Walking Company; LORNA JANE USA, INC., a California corporation, doing business as Lorna Jane; ABERCROMBIE & FITCH STORES, INC., an Ohio corporation, doing business as Abercrombie & Fitch; ALDO U.S. INC., a Delaware corporation, doing business as Aldo; AMERICAN EAGLE OUTFITTERS, INC., an Ohio corporation, doing business as American Eagle Outfitters; APPLE, INC., a California corporation, doing business as Apple Store; AT&T CORP, a New York | Case No.<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR DENIAL OF FULL AND EQUAL ACCESS TO A PUBLIC ACCOMMODATION**<br><br>**DEMAND FOR JURY TRIAL** |

corporation, doing business as AT&T; BATH & BODY WORKS DIRECT, INC., a Delaware corporation, doing business as Bath & Body Works; C. & J. CLARK RETAIL, INC., a Pennsylvania corporation, doing business as Clarks; TAPESTRY, INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS COACH LEATHERWARE CALIFORNIA, INC., a Maryland corporation, doing business as Coach; SHERWOOD MANAGEMENT CO., INC., a California corporation, doing business as Daniel's Jewelers; EXPRESS FASHION APPAREL, LLC, a Delaware limited liability company, doing business as Express; JEWELRY REPAIR ENTERPRISES, INC., a Pennsylvania corporation, doing business as Fast Fix Jewelry & Watch Repair; FOOT LOCKER RETAIL, INC., a New York corporation, doing business as Foot Locker; FOREVER 21, INC., a California corporation, doing business as Forever 21; GAMESTOP, INC., a Delaware corporation, doing business as GameStop; THE GAP, INC., a Delaware corporation, doing business as Gap; H & M HENNES & MAURITZ L.P., a New York limited partnership, doing business as H&M; HOLLISTER CO. CALIFORNIA, LLC, a California limited liability company, doing business as Hollister Co.; J.C. PENNEY PROPERTIES, INC., a Delaware corporation, doing business as JC Penney; STERLING JEWELERS, INC., a Delaware

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

2

corporation, doing business as Kay Jewelers; FOOT LOCKER RETAIL, INC., a New York corporation, doing business as Kids Foot Locker; MICHAEL KORS RETAIL, INC., a Delaware corporation, doing business as Michael Kors; OLD NAVY, LLC, a Delaware limited liability company, doing business as Old Navy; PAYLESS SHOESOURCE, INC., a Missouri corporation, doing business as Payless ShoeSource; ZALE DELAWARE, INC., a Delaware corporation, doing business as Piercing Pagoda; VICTORIA'S SECRET STORES, LLC, a Delaware limited liability company, doing business as Pink; SEARS, ROEBUCK AND CO., a New York corporation, doing business as Sears; SPENCER GIFTS LLC, a Delaware limited liability company, doing business as Spencer's; TARGET CORPORATION, a Minnesota corporation, doing business as Target; VERIZON WIRELESS SERVICES, LLC, a Delaware limited liability company, doing business as Verizon Wireless; VICTORIA'S SECRET STORES, LLC, a Delaware limited liability company, doing business as Victoria's Secret; BATH & BODY WORKS, LLC, a Delaware limited liability company, doing business as White Barn Candle Company; WINDSOR FASHIONS, LLC, a Delaware limited liability company, doing business as Windsor; ZALE DELAWARE, INC., a Delaware corporation, doing business as Zales Jewelers; ZUMIEZ, INC., a

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

Washington corporation, doing business as Zumiez; SUNGLASS HUT TRADING, LLC, an Ohio limited liability company, doing business as Sunglass Hut; K SHOES CO, a California corporation, doing business as K Shoes; FIFTH AVENUE JEWELERS & CO., LLC, a California limited liability company, doing business as Fifth Avenue Jewelers & Co.; THE COMPUTERIZED COBBLER, a California corporation, doing business as Computerized Cobbler; ICHI TRADING CORPORATION, a California corporation, doing business as Tokyo Japanese Lifestyle; ROYAL MAUI JEWELERS, INC., a California corporation, doing business as Royal Maui Jewelers; PACIFIC SUNWEAR OF CALIFORNIA, LLC, a California limited liability company, doing business as PacSun; MACY'S RETAIL HOLDINGS, INC., a New York corporation, doing business as Macy's; NORDSTROM, INC., a Washington corporation, doing business as Nordstrom; SOMA INTIMATES, LLC, a Florida limited liability company, doing business as Soma; WHITE HOUSE BLACK MARKET, INC., a Florida corporation, doing business as White House | Black Market; THINGS REMEMBERED, INC., a Delaware corporation, doing business as Things Remembered; 24 HOUR FITNESS USA, INC., a California corporation, doing business as 24 Hour Fitness; AVEDA EXPERIENCE CENTERS, INC., a


Delaware corporation, doing business as Aveda; BARE ESCENTUALS BEAUTY, INC., a Delaware corporation, doing business as bareMinerals; BROOKSTONE STORES, INC., a New Hampshire corporation, doing business as Brookstone; CHARLOTTE RUSSE, INC., a California corporation, doing business as Charlotte Russe; CHARMING CHARLIE, LLC, a Delaware limited liability company, doing business as Charming Charlie; FRANCESCA'S COLLECTIONS, INC., a Texas corporation, doing business as Francesca's; GYMBOREE RETAIL STORES, LLC, a California limited liability company, doing business as Gymboree; HOT TOPIC, INC., a California corporation, doing business as Hot Topic; GENESCO, INC., a Tennessee corporation, doing business as Journeys; TWEEN BRANDS, INC., a Delaware corporation, doing business as Justice; HAT WORLD, INC., a Minnesota corporation, doing business as Lids; LUCKY BRAND DUNGAREES STORES USA, LLC, a Delaware limited liability company, doing business as Lucky Brand Jeans; LUSH COSMETICS, LLC, a Delaware limited liability company, doing business as LUSH Handmade Cosmetics; M.A.C. COSMETICS, INC., a Delaware corporation, doing business as M.A.C. Cosmetics; DESTINATION MATERNITY CORPORATION, a Delaware corporation, doing business as

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

5

Motherhood Maternity; ORIGINS NATURAL RESOURCES, INC., a Delaware corporation, doing business as Origins; PANDORA JEWELRY, LLC, a Maryland limited liability company, doing business as Pandora; RED ROBIN INTERNATIONAL, INC., which will do business in California as RED ROBIN BURGER AND SPIRITS EMPORIUMS, a Nevada corporation, doing business as Red Robin Gourmet Burgers; SEPHORA USA, INC., a Delaware corporation, doing business as Sephora; STARBUCKS CORPORATION, a Washington corporation, doing business as Starbucks; SWAROVSKI RETAIL VENTURES LTD., a Rhode Island corporation, doing business as Swarovski; THE CHEESECAKE FACTORY RESTAURANTS, INC., a California corporation, doing business as The Cheesecake Factory; THE CHILDREN'S PLACE, INC., which will do business in California as TCP - THE CHILDREN'S PLACE, INC., a Delaware corporation, doing business as The Children's Place; T-MOBILE USA, INC., a Delaware corporation, doing business as T-Mobile; TORRID, LLC, a California limited liability company, doing business as Torrid; VANS, INC., a Delaware corporation, doing business as Vans; THE YANKEE CANDLE COMPANY, INC., a Massachusetts corporation, doing business as Yankee Candle Co.; D.S.A. SPORTS, INC., a California limited liability company, doing

business as Sports Fever; BRIGHTON COLLECTIBLES HOLDINGS, INC., a Delaware corporation, doing business as Brighton Collectibles; ATHLEISURE, INC., a California corporation, doing business as Sun Diego Boardshops; SHOE PALACE CORPORATION, a California corporation, doing business as Shoe Palace; TRINITY RETAIL UNLIMITED, LLC, a Nevada limited liability company, doing business as Sweet Factory; TPP ACQUISITION, INC., a Delaware corporation, doing business as Picture People; SEE'S CANDY SHOPS, INCORPORATED, a California corporation, doing business as See's Candies; JAYNEY CORP., a California corporation, doing business as Buzzes N' Beehives; ESCONDIDO PETS, LLC, a California limited liability company, doing business as Escondido Pets; TEN PERFECT NAILS, INC., a California corporation, doing business as 10 Perfect Nails; FABULOUS NAILS & SPA, LLC, a California corporation, doing business as Fabulous Nails; BANDEX, LLC, a California limited liability company, doing business as Just in Time; KEVIN JEWELERS, INC., a California corporation, doing business as Kevin Jewelers; COTTON ON USA, INC., a Delaware corporation, doing business as Cotton On; AUDEO CHARTER SCHOOL, a California corporation, doing business as Audeo Charter School II; BEN BRIDGE-JEWELER, INC., a Washington corporation, doing

business as Ben Bridge Jewelers; CURRENCY EXCHANGE INTERNATIONAL, CORP., a Florida corporation, doing business as Currency Exchange International; LUXOTTICA RETAIL NORTH AMERICA, INC., an Ohio corporation, doing business as LensCrafters; NEW RUE21, LLC, a Delaware limited liability company, doing business as Rue21; PALAZ COFFEE GROUP, INC., a California corporation, doing business as Elixir - Espresso & Wine Bar; CLAIRE'S BOUTIQUES, INC., a Colorado corporation, doing business as Claire's; CLAIRE'S BOUTIQUES, INC., a Colorado corporation, doing business as Icing; SALON HOUSE, LLC, a California limited liability company, doing business as Brows n More; SHIEKH SHOES, LLC, a California limited liability company, doing business as Shiekh Shoes; KALYA ENTERPRISES, INC., a California corporation, doing business as Kalya's Silver & Body Jewelry; ORO GOLD COSMETICS, INC., a California corporation, doing business as Oro Gold; MINISO DEPOT ESCONDIDO, LLC, a California limited liability company, doing business as Miniso; LAHAV INVESTMENTS, LLC, a Nevada limited liability company, doing business as Lionesse; DOE 1, an unknown business entity, doing business in California as Allegiance; SS&S INVESTMENTS, LLC, a California limited liability company, doing business as A to Z Wireless; EM

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

8

JEWELRY & DESIGN, LLC, a Texas limited liability company, doing business as EM Jewelry + Design; RUDERA 3 CORPORATION, INC., a California corporation, doing business as Fragranza; DOE 2, an unknown business entity, doing business in California as GNC; DORABATI SOHEILA NAGHDI, an individual, doing business as Hair Studio; T.B. & J.B., INC., a California corporation, doing business as Hallmark Cards & Gifts; HELZBERG'S DIAMOND SHOPS, INC, a Missouri corporation, doing business as Helzberg Diamonds; ANNTAYLOR RETAIL, INC., a Florida corporation, doing business as Loft; HAKEEM MILBES, an individual, doing business as Men's District; Q APPAREL, INC., a California corporation, doing business as Q Fashion; ALPHA 3 LIMA, INC., a California corporation, doing business as Street Corner; DOE 3, an unknown business entity, doing business in California as Vine Vera; and DOES 4 through 10, inclusive,

         Defendants.