# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Michelle Lee

*Plaintiff*

V.

See Attachment

*Defendant*

Civil Action No. 18cv01920 MMA NLS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew R Stilwell
3160 Camino del Rio South, Suite 313
San Diego, CA 92108
619-940-6623

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:    8/17/18

John Morrill
*CLERK OF COURT*

S/    J. Mueller
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 18cv01920 MMA NLS                    Date Issued:        8/17/18

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                          *Server's Signature*

                                                                _____
                                                                          *Printed name and title*

                                                                _____
                                                                          *Server's address*

---

NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 18cv01920 MMA NLS

North County Fair L.P., a Delaware limited partnership; Westfield America GP, LLC, a Delaware limited liability company; Customized Teez SD, a California corporation, doing business as Customized Teez; The Walking Company Holdings, InC., a Delaware corporation, doing business as The Walking Company; Lorna Jane USA, INC., a California corporation, doing business as Loma Jane; Abercrombie & Fitch Stores, Inc., an Ohio corporation, doing business as Abercrombie & Fitch; Aldo U.S. Inc., a Delaware corporation, doing business as Aldo; American Eagle Outfitters, Inc., an Ohio corporation, doing business as American Eagle Outfitters; Apple, Inc., a California corporation, doing business as Apple Store; AT&T Corp, a New York corporation, doing business as AT&T; Bath & Body Works Direct, Inc., a Delaware corporation, doing business as Bath & Body Works; C. & J. Clark Retail, Inc., a Pennsylvania corporation, doing business as Clarks; Tapestry, Inc. Which Will Do Business In California As Coach Leather Ware California, Inc., a Maryland corporation, doing business as Coach; Sherwood Management Co., Inc., a California corporation, doing business as Daniel's Jewelers; Express Fashion Apparel, LLC, a Delaware limited liability company, doing business as Express; Jewelry Repair Enterprises, Inc., a Pennsylvania corporation, doing business as Fast Fix Jewelry & Watch Repair; Foot Locker Retail, Inc., a New York corporation, doing business as Foot Locker; Forever 21, INC., a California corporation, doing business as Forever 21; Gamestop, Inc., a Delaware corporation, doing business as GameStop;  The Gap, Inc., a Delaware corporation, doing business as Gap;  H & M Hennes & Mauritz L.P., a New York limited partnership, doing business as H&M;  Hollister Co. California, LLC, a California limited liability company, doing business as Hollister Co.;  J.C. Penney Properties, Inc., a Delaware corporation, doing business as JC Penney;  Sterling Jewelers, Inc., a Delaware corporation, doing business as Kay Jewelers;  Foot Locker Retail, Inc., a New York corporation, doing business as Kids Foot Locker;  Michael Kors Retail, Inc., a Delaware corporation, doing business as Michael Kors;  Old Navy, LLC, a Delaware limited liability company, doing business as Old Navy;  Payless Shoesource, Inc., a Missouri corporation, doing business as Payless Shoesource;  Zale Delaware, Inc., a Delaware corporation, doing business as Piercing Pagoda;  Victoria's Secret Stores, LLC, a Delaware limited liability company, doing business as Pink;  Sears, Roebuck and Co., a New York corporation, doing business as Sears;  Spencer Gifts LLC, a Delaware limited liability company, doing business as Spencer's;  Target Corporation, a Minnesota corporation, doing business as Target;  Verizon Wireless Services, LLC, a Delaware limited liability company, doing business as Verizon Wireless;  Victoria's Secret Stores, LLC, a Delaware limited liability company, doing business as Victoria's Secret;  Bath & Body Works, LLC, a Delaware limited liability company, doing business as White Barn Candle Company;  Windsor Fashions, LLC, a Delaware limited liability company, doing business as Windsor;   Zale Delaware, Inc., a Delaware corporation, doing business as Zales Jewelers;  Zumiez, Inc., a Washington corporation, doing business as Zumiez;  Sunglass Hut Trading, LLC, an Ohio limited liability company, doing business as Sunglass Hut;  K Shoes Co, a California corporation, doing business as K Shoes;  Fifth Avenue Jewelers & Co., LLC, a California limited liability company, doing business as Fifth Avenue Jewelers & Co.;  The Computerized Cobbler, a California corporation, doing business as Computerized Cobbler;  Ichi Trading Corporation, a California corporation, doing business as Tokyo Japanese Lifestyle; Royal Maui Jewelers, Inc., a California corporation, doing business as Royal Maui Jewelers;

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18cv01920 MMA NLS

Pacific Sunwear of California, LLC, a California limited liability company, doing business as PacSun;  Macy's Retail Holdings, Inc., a New York corporation, doing business as Macy's;  Nordstrom, Inc., a Washington corporation, doing business as Nordstrom;  Soma Intimates, LLC, a Florida limited liability company, doing business as Soma;  White House Black Market, Inc., a Florida corporation, doing business as White House I Black Market;  Things Remembered, Inc., a Delaware corporation, doing business as Things Remembered;  24 Hour Fitness USA, Inc., a California corporation, doing business as 24 Hour Fitness;  Aveda Experience Centers, Inc., a Delaware corporation, doing business as Aveda;  Bare Escentuals Beauty, Inc., a Delaware corporation, doing business as bareMinerals;  Brooks Tone Stores, Inc., a New Hampshire corporation, doing business as Brookstone;  Charlotte Russe, Inc., a California corporation, doing business as Charlotte Russe;  Charming Charlie, LLC, a Delaware limited liability company, doing business as Charming Charlie;  Francesca's Collections, Inc., a Texas corporation, doing business as Francesca's;  Gymboree Retail Stores, LLC, a California limited liability company, doing business as Gymboree;  Hot Topic, Inc., a California corporation, doing business as Hot Topic;  Genesco, Inc., a Tennessee corporation, doing business as Journeys;  Tween Brands, Inc., a Delaware corporation, doing business as Justice;  Hat World, Inc., a Minnesota corporation, doing business as Lids;  Lucky Brand Dungarees Stores USA, LLC, a Delaware limited liability company, doing business as Lucky Brand Jeans;  Lush Cosmetics, LLC, a Delaware limited liability company, doing business as Lush Handmade Cosmetics;  M.A.C. Cosmetics, Inc., a Delaware corporation, doing business as M.A.C. Cosmetics;  Destination Maternity Corporation, a Delaware corporation, doing business as Motherhood Maternity;  Origins Natural Resources, Inc., a Delaware corporation, doing business as Origins;  Pandora Jewelry, LLC, a Maryland limited liability company, doing business as Pandora;  Red Robin International, Inc., which will do business in California as Red Robin Burger and Spirits Emporiums, a Nevada corporation, doing business as Red Robin Gourmet Burgers;  Sephora USA, Inc., a Delaware corporation, doing business as Sephora;  Starbucks Corporation, a Washington corporation, doing business as Starbucks;  Swarovski Retail Ventures LTD., a Rhode Island corporation, doing business as Swarovski;  The Cheesecake Factory Restaurants, Inc., a California corporation, doing business as The Cheesecake Factory;  The Children's Place, Inc., which will do business in California as TCP - The Children's Place, Inc., a Delaware corporation, doing business as The Children's Place;  T-Mobile USA, Inc., a Delaware corporation, doing business as T-Mobile;  Torrid, LLC, a California limited liability company, doing business as Torrid;  Vans, Inc., a Delaware corporation, doing business as Vans;  The Yankee Candle Company, Inc., a Massachusetts corporation, doing business as Yankee Candle Co.;  D.S.A. Sports, Inc., a California limited liability company, doing business as Sports Fever;  Brighton Collectibles Holdings, Inc., a Delaware corporation, doing business as Brighton Collectibles;  Athleisure, Inc., a California corporation, doing business as Sun Diego Boardshops;  Shoe Palace Corporation, a California corporation, doing business as Shoe Palace;  Trinity Retail Unlimited, LLC, a Nevada limited liability company, doing business as Sweet Factory;  TPP Acquisition, Inc., a Delaware corporation, doing business as Picture People;  See's Candy Shops, Incorporated, a California corporation, doing business as See's Candies;  Jayney Corp., a California corporation, doing business as Buzzes N' Beehives;  Escondido Pets, LLC, a California limited liability company, doing busiess as Escondido Pets;  Ten Perfect Nails, Inc., a California corporation, doing business as 10 Perfect Nails;

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No. 18cv01920 MMA NLS

Fabulous Nails & Spa, LLC, a California corporation, doing business as Fabulous Nails;  Bandex, LLC, a California limited liability company, doing business as Just in Time;  Kevin Jewelers, Inc., a California corporation, doing business as Kevin Jewelers; Cotton On USA, Inc., a Delaware corporation, doing business as Cotton On;  Audeo Charter School, a California corporation, doing business as Audeo Charter School II;  Ben Bridge-Jeweler, Inc., a Washington corporation, doing business as Ben Bridge Jewelers;  Currency Exchange International, Corp., a Florida corporation, doing business as Currency Exchange International;  Luxottica Retail North America, Inc., an Ohio corporation, doing business as LensCrafters;  New Rue21, LLC, a Delaware limited liability company, doing business as Rue21;  Palaz Coffee Group, Inc., a California corporation, doing business as Elixir - Espresso & Wine Bar;  Claire's Boutiques, Inc., a Colorado corporation, doing business as Claire's;  Claire's Boutiques, Inc., a Colorado corporation, doing business as Icing;  Salon House, LLC, a California limited liability company, doing business as Brows n More;  Shiekh Shoes, LLC, a California limited liability company, doing business as Shiekh Shoes;  Kalya Enterprises, Inc., a California corporation, doing business as Kalya's Silver & Body Jewelry;  Oro Gold Cosmetics, Inc., a California corporation, doing business as Oro Gold;  Miniso Depot Escondido, LLC, a California limited liability company, doing business as Miniso;  Lahay Investments, LLC, a Nevada limited liability company, doing business as Lionesse;  Doe 1, an unknown business entity, doing business in California as Allegiance;  SS&S Investments, LLC, a California limited liability company, doing business as A to Z Wireless;  EM Jewelry & Design, LLC, a Texas limited liability company, doing business as EM Jewelry + Design;  Rudera 3 Corporation, Inc., a California corporation, doing business as Fragranza;  DOE 2, an unknown business entity, doing business in California as GNC;  Dorabati Soheila Naghdi, an individual, doing business as Hair Studio;  T.B. & J.B., INC., a California corporation, doing business as Hallmark Cards & Gifts;  Helzberg's Diamond Shops, Inc, a Missouri corporation, doing business as Helzberg Diamonds;  AnnTaylor Retail, Inc., a Florida corporation, doing business as Loft;  Hakeem Milbes, an individual, doing business as Men's District;  Q Apparel, Inc., a California corporation, doing business as Q Fashion;  Alpha 3 Lima, Inc., a California corporation, doing business as Street Comer;  DOE 3, an unknown business entity, doing business in California as Vine Vera; and  DOES 4 through 10, inclusive