UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LEE,<br><br>            Plaintiff,<br><br>   v.<br><br>NORTH COUNTY FAIR L.P., etc., et al.,<br><br>            Defendants. | Case No. 3:18CV01920GPCMSB<br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On April 17, 2019, the Court ordered Plaintiff Michelle Lee to show cause why the instant action should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve defendants Customized Tees SD and Westfield America GP, LLC. (ECF No. 112.) Federal Rule of Civil Procedure 4(m) requires that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m).

The OSC directed Plaintiff to respond within seven days from the entry of the order, and advised that failure to make service or show good cause for the failure to serve would result in the dismissal of the action. To date, Plaintiff has filed neither a

response to the OSC nor proof of service.  Accordingly, the action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  May 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge